Submitted January 7, reversed and remanded February 16, 2011

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MICHAEL SCOTT LEGORE,
*Defendant-Appellant.*

Clackamas County Circuit Court
CR0801040; A143287

247 P3d 1280

Garrett A. Richardson and Multnomah Defenders, Inc., filed the brief for appellant.

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Matthew J. Lysne, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Duncan, Judge.

PER CURIAM

## PER CURIAM

Defendant appeals a judgment of conviction for first-degree unlawful sexual penetration, ORS 163.411, and first-degree sexual abuse, ORS 163.427, contending that "[t]he court erred by admitting a medical diagnosis of sexual abuse that was made without any confirmatory physical evidence." A statement of the facts would not benefit the bench, the bar, or the public. The state concedes that "the trial court committed reversible error under OEC 403 in light of *State v. Southard*, 347 Or 127, 218 P3d 104 (2009)[,] when it admitted the testimony of * * * a nurse practitioner" in which "she diagnosed the victim * * * as 'highly concerning' for sexual abuse." We agree and accept the concession.

Reversed and remanded.